JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHENWEI PAN,

Petitioner,

v.

DHS/OPLA,

Respondents.

Case No. 5:26-cv-02954-MCS-DMK

JUDGMENT

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED as moot, without prejudice.

DATED: October 16, 2026

Mark C. Scarsi

Honorable Mark C. Scarsi
United States District Judge